# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Abeel et al

**V.**

Summit Lending Solutions, Inc. et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**  09cv1892-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the the court grants the motion to dismiss, or alternatively for summary judgment, and dismisses all federal claims arising under Truth In Lending Act and RESPA; denies the temporary restraining order as moot, and dismisses all state law claims without prejudice............................................
................................................................................................................................................................

| April 12, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON April 12, 2010